01
02
03
04
05
06
07
08
09
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )   Case No. 06-128M
                                    )
      v.                            )
                                    )   ORDER DENYING EXTENSION
TUAN DUNG TRAN,                     )   OF TIME FOR INDICTMENT
                                    )
            Defendant.             )
_____ )

15      On April 7, 2006, the defendant filed a Waiver of Right to a Speedy Indictment (Dkt.

16  #14)  for the period up to and including May 30, 2006.  On May 1, 2006, defendant again

17  filed a Waiver of Right to a Speedy Indictment (Dkt. #17) for the period up to and including

18  June 30, 2006, and submitted a Motion to Extend Time for Indictment in support of this

19  Waiver.  No explanation was given as for the requested extension.

20      Congress "did not intend the 'ends of justice' exclusion to be granted as a matter of

21  course but rather [intended it] to be used sparingly and only when necessary." *United States*

22  *v. Lewis*, 980 F.2d 555, 560 (9th Cir. 1992) (internal citations omitted).  Hence, an "ends of

23  justice" exclusion may be granted only for a specific duration when "justified by the record

24  with reference to the facts." *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1154 (9th Cir.

25  1999) (internal citations and punctuation omitted).  Generalized assertions that the "ends of

26  justice" will be satisfied by the granting of a continuance are insufficient. *Id.* at 1154-55.

ORDER DENYING STIPULATED
MOTION TO EXTEND TIME
PAGE -1

01          Here, the defendant has provided no evidence, nor adduced any facts from the record

02     sufficient to justify granting a continuance.  An ongoing plea agreement negotiation is not a

03     factor sufficient for this Court to find that granting a continuance will satisfy the "ends of

04     justice."  *Id.* at 1155-56 (citing *United States v. Perez-Reveles*, 715 F.2d 1348, 1352 (9th Cir.

05     1983)).  Defendant's motion is therefore DENIED.

06          DATED this 15th day of May, 2006.

07                                                            *James P. Donohue*

08                                                  _____
                                                    JAMES P. DONOHUE
09                                                  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING STIPULATED
MOTION TO EXTEND TIME
PAGE -2